NORA SWEENEY, Respondent, *v.* THE CITY OF NEW
YORK, Appellant.

*Negligence — New York city — action for personal injuries — negligent operation of street department motor truck.*

*Sweeney* v. *City of New York*, 187 App. Div. 935, affirmed.

(Argued October 15, 1920: decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The plaintiff, while walking northerly on the sidewalk on the west side of Sixth avenue at Twenty-third street, in the borough of Manhattan, was struck and injured by a falling lamp post, which had been struck and broken by the trailer of a street cleaning department motor truck. The motor truck and trailer came down Sixth avenue from Twenty-fourth street and was turning into Twenty-third street toward the east when the rear part of the trailer hit the lamp post. The plaintiff's evidence showed that the truck was driven too close to the westerly sidewalk of Sixth avenue to enable the trailer to make the turn without colliding with the lamp post. The defendant's version of the accident was that the trailer going at the rate of two or three miles an hour skidded into the lamp post.

*William P. Burr*, Corporation Counsel (*John F. O'Brien*, *Charles J. Druhan* and *Joseph Beihilf* of counsel), for appellant.

*George F. Hickey* and *Thomas E. Flynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.